# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Michael Markus, | ) | Case No. 1:17-mj-021 |
| Defendant. | ) | |

On January 25, 2017, defendant filed a "Motion for Substitution of Counsel." Therein he advises that he has retained attorney Sandra C. Freeman. Accordingly, the court **GRANTS** defendant's motion (Docket No. 8). Attorney Sandra C. Freeman shall be substituted as counsel of record for defendant. Defendant's court-appointed counsel, Assistant Federal Public Defender Michelle Monteiro, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 25th day of January, 2017.

                                                                                            */s/ Charles S. Miller, Jr.*
                                                                                            Charles S. Miller, Jr., Magistrate Judge
                                                                                            United States District Court